**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KIRK FRANKLIN, | ) | NO. CV 11-8235-DDP(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| GARY SWARTHOUT, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondent. | ) | UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Grounds One and Two of the Petition are denied and dismissed with prejudice, and Ground Three of the Petition is denied and dismissed without prejudice.

///

///

///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2  the Magistrate Judge's Report and Recommendation and the Judgment
3  herein on Petitioner, and counsel for Respondent.
4
5       LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7            DATED:   _June 11_, 2012.
8
9
10                              _____
                                      DEAN D. PREGERSON
11                              UNITED STATES DISTRICT JUDGE