**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIRK FRANKLIN, ) | NO. CV 11-8235-DDP(E) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| GARY SWARTHOUT, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that Grounds One and Two of the Petition are denied and dismissed with prejudice, and Ground Three of the Petition is denied and dismissed without prejudice.

    DATED:  _June 11_, 2012.

_____
      DEAN D. PREGERSON
  UNITED STATES DISTRICT JUDGE